No. 81–1055. POYTHRESS, SECRETARY OF STATE OF GEORGIA, ET AL. *v.* DUNCAN ET AL. C. A. 11th Cir. [Certiorari granted, 455 U. S. 937.] Writ of certiorari dismissed as improvidently granted.

No. A–392. ALBANO ET AL. *v.* UNITED STATES. C. A. 11th Cir. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–402 (82–711). RAILWAY LABOR EXECUTIVES' ASSN. *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY. Sp. Ct. R. R. R. A. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Motion of Quechan Tribe for modification of the order granting divided argument denied. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For earlier order herein, see, *e. g.*, *ante*, p. 940.]

No. 81–89. ZANT, WARDEN *v.* STEPHENS. C. A. 5th Cir. [Certiorari granted, 454 U. S. 814; question certified, 456 U. S. 410.] The parties are invited to file within 30 days supplemental memoranda addressing the opinion of the Supreme Court of Georgia, Case No. 38763, decided October 27, 1982 [250 Ga. 97, 297 S. E. 2d 1], and its effect on the case pending before this Court.

No. 81–1114. ILLINOIS *v.* ABBOTT & ASSOCIATES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 455 U. S. 1015.] Motion of respondents for divided argument denied.

No. 81–1284. EICKE *v.* EICKE. Ct. App. La., 3d Cir. [Certiorari granted, 456 U. S. 970.] Motion of Martin S. Sanders, Jr., Esquire, to permit Martin S. Sanders III, Esquire, to present oral argument *pro hac vice* on behalf of respondent granted.